IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DANIEL TEAGUE                                                                              PLAINTIFF

VS.                                                      CIVIL ACTION, FILE NO. 4:13-CV-125-SA-JMV

SMM SOUTH CORPORATION
d/b/a SIMS METAL MANAGEMENT                                                  DEFENDANT

# ORDER

This day this cause came on for hearing as a result of the filing of Plaintiff's Motion to Remand to State Court, and, pursuant to Rule 16.1(B)(2)(b-c) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi:

(B) A motion to remand shall stay the attorney conference and disclosure requirements and all discovery not relevant to Plaintiff's Motion to Remand to State Court and shall stay the parties' obligation to make disclosures pending the Court's ruling on Plaintiff's Motion to Remand to State Court. The parties shall promptly notify the magistrate judge of any order denying such motion to remand or motion and shall promptly submit an order lifting the stay.

(C) Within fifteen days of the order lifting the stay, the parties shall confer as outlined in said local rules and all other deadlines will be determined accordingly. A telephonic scheduling conference shall be held within sixty days after the stay is lifted.

IT IS, THEREFORE, ORDERED that that all proceedings herein, including the Case Management Conference and all motions filed the by parties herein, but excluding discovery relating to the Motion to Remand to State Court, shall be and are hereby stayed with regard to all parties, pending the Court's ruling on the Motion to Remand to State Court.

IT IS FURTHER ORDERED that, should the Motion to Remand to State Court be denied, the parties shall notify the magistrate judge within five (5) days of such order denying said Motion and shall promptly submit an order lifting the stay.

SO ORDERED, this, the 15th day of August, 2013.

/s/Jane M. Virden
United States Magistrate Judge